UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COURT CASE NO.: 6:23-cv-00043-CEM-DCI

JAMAR ANTONIO EVANS,

        Plaintiff,

vs.

CITY OF MELBOURNE, a Florida Municipality,
and OFFICER DANIEL MOFFATT, Individually,

        Defendants.
_____/

## **PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL**

Plaintiff, Jamar Antonio Evans, by and through his counsel, hereby designates DANIEL PATRICK FAHERTY, ESQUIRE of the firm of Telfer, Faherty & Anderson, P.L.L.C. as lead counsel for Plaintiff in this action.

**DATED** this 10th day of January, 2023

        *S/ Daniel P. Faherty*
        **DANIEL P. FAHERTY, ESQUIRE**
        Florida Bar No. 0379697
        TELFER, FAHERTY & ANDERSON, P.L.L.C.
        815 South Washington Avenue
        Suite 201
        Titusville, FL 32780
        Telephone No.:  (321) 269-6833
        Facsimile No.:  (321) 383-9970
        Counsel for Plaintiff
        cguntner@ctrfa.com
        croca@ctrfa.com